1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11    MASHRIK MIKHA,                   ) Case No. CV 16-4073 JAK(JC)
                                       )
12                   Petitioner,       )
                                       )
13            v.                       ) JUDGMENT
                                       )
14    J. GASTELO, Warden,              )
                                       )
15                                     )
                     Respondent. __    )
16
17        Pursuant to this Court's Order Summarily Dismissing Petition for Writ of
18    Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus
19    filed in this action is dismissed without prejudice.
20        IT IS SO ORDERED.
21
22    DATED: June 20, 2016
23
24
25    _____
26        HONORABLE JOHN A. KRONSTADT
          UNITED STATES DISTRICT JUDGE
27
28